

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVLYN ANDRADE-HEYMSFIELD, SHANNON KAWLECKI, and PAMELA PARRA, on behalf of themselves and all others similarly situated,<br><br>                           **Plaintiff,**<br><br>V.<br><br>DANONE US, INC.,<br><br>                           **Defendant.** | **Civil Action No.** 19-cv-00589-CAB-WVG<br><br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons set forth above, Danone's motion to dismiss is GRANTED and the FAC is DISMISSED with prejudice.
It is SO ORDERED.

| | |
|---|---|
| **Date:**      8/14/19 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Hazard<br>                                  A. Hazard, Deputy |